**Order entered August 10, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00954-CV

## IN RE SONJA Y. WEBSTER, Relator

**Original Proceeding from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-10-866-2**

## ORDER

Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.

/s/    MOLLY FRANCIS
        JUSTICE